# Court of Appeals
# of the State of Georgia

ATLANTA,  April 23, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0301.  MICHAEL L. ROBINSON et al. v. DEUTSCHE BANK NATIONAL TRUST COMPANY.**

This case originated as a dispossessory proceeding in magistrate court.  After the magistrate court ruled in favor of the plaintiff, defendants Michael L. Robinson et al. appealed to superior court.  On March 18, 2014, the superior court issued a writ of possession in favor of the plaintiff.  On March 27, 2014, Robinson filed this application for discretionary appeal.[1]  We lack jurisdiction because the application is untimely.

Although an application for discretionary appeal generally may be filed within 30 days of entry of the order sought to be appealed, the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994).  The underlying subject matter of this case is a dispossessory judgment.  And, pursuant to OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within

---

[1] Robinson attempted to file his application earlier, but it could not be accepted for filing because the certificate of service was incomplete.

seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Here, Robinson filed his application nine days after the superior court's order was entered.  Accordingly, it is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/23/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*